In the Matter of JOSEPH SHALLECK, Respondent; MAR-TEX REALIZATION CORPORATION, Appellant. ERWIN S. WOLFSON, Plaintiff, v. MAR-TEX OIL COMPANY, Defendant.— Order unanimously reversed, with twenty dollars costs and disbursements and the motion of petitioner, Joseph Shalleck, for an order determining the amount of his lien as attorney upon the moneys of the defendant held by the Sheriff of the City of New York denied. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

NATALIE L. MEYERS, Appellant, v. PERRY H. MEYERS, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JULIUS L. BALLER, Individually and as Stockholder Suing in Behalf of ROBERT B. KAROFF CREATIONS, INC., Respondent, v. SIDNEY GONDELMAN et al., Appellants, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

VIOLET C. MONTGOMERY, Respondent, v. EAST RIDGELAWN CEMETERY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

LIPP AND HIRSCH, INC., Appellant, v. WELL-WORTH SLIPPER CO., INC., et al., Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Townley, Glennon. Cohn and Callahan, JJ. [See *post*, p. 904.]

JAMES BENINTENDI et al., Appellants-Respondents, v. KENTON HOTEL, INC., Defendant, and JOHN B. DONDERO et al., Respondents-Appellants.— Judgment, so far as appealed from, affirmed, without costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer, J., dissents and votes to reverse on plaintiffs' appeal and direct judgment in favor of plaintiffs. [181 Misc. 897.]

RICHARD S. READE, Respondent, v. GRISCOM & COMPANY, INC., Appellant.— Order unanimously modified so as to state the name of the officer or officers to be examined, and as so modified affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

GENERAL ANILINE & FILM CORPORATION v. ADVANCE SOLVENTS & CHEMICAL CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante*, p. 758.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

FREDERICK H. ELLIOTT, Individually and as Administrator C. T. A. of the Estate of IDA M. ELLIOTT, Deceased, v. SYRACUSE TRUST COMPANY, as Trustee under a Trust Created by IDA M. ELLIOTT, et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante*, p. 758.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.